UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

ODL, INCORPORATED,

    Plaintiff,

v.

CREATE-A-DOOR, LLC,

    Defendant.

_____/

Case No.

Hon.

**INDEX OF EXHIBITS TO COMPLAINT FOR COPYRIGHT INFRINGEMENT**

James Moskal (P41885)
WARNER NORCROSS & JUDD LLP
Attorney for Plaintiff
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
Telephone (616) 752-2000
Facsimile (616) 222-2164
Jmoskal@wnj.com
_____/

    The following document is an exhibit to the Complaint for Copyright Infringement filed electronically on January 21, 2009:

    A.    Copyright registrations for Cadence Glass Design, Expressions Glass Design, Jacinto Glass Design, Master Nouveau Glass Designs and Paris Glass Design.

Dated: January 21, 2009

WARNER NORCROSS & JUDD LLP

/s/ James Moskal
James Moskal (P41885)
Attorney for Plaintiff
900 Fifth Third Center
111 Lyon NW
Grand Rapids, Michigan 49503
(616) 752-2000

1627257-1